**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 394 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 395 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 396 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 397 MAL 2023 |
| | : | |
| Respondent | : | |

|  |  | : | Petition for Allowance of Appeal |
| --- | --- | --- | --- |
|  | v. | : | from the Order of the |
|  |  | : | Commonwealth Court |
|  |  | : |  |
|  |  | : |  |
| JOSEPHINE M. TRIPODI AND GERRI | | : |  |
| CARR TRIPODI, | | : |  |
|  |  | : |  |
|  | Petitioners | : |  |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

　　Justice McCaffery did not participate in the consideration or decision of this matter.